1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                            OAKLAND DIVISION

12 HASAN RAYYAN,                        )
                                        ) C 07-4332 SBA
13            Plaintiff,                )
                                        ) **STIPULATION TO DISMISS; AND**
14      v.                              ) **ORDER**
                                        )
15 ALBERTO GONZALES, Attorney General of)
   the United States; MICHAEL CHERTOFF, )
16 Secretary of the Department of Homeland)
   Security; EMILIO GONZALEZ, Director of)
17 United States Citizenship and Immigration)
   Service; ROBERT S. MUELLER, III, Director)
18 of the Federal Bureau of Investigations;)
   CHRISTINA POULOS, Director of the    )
19 California Service Center,            )
                                        )
20            Defendants.               )
                                        )
21

22      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 action without prejudice in light of the fact that the United States Citizenship and Immigration

25 Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so

26 within 30 days of the dismissal of this action.

27 ///

28 ///

Stipulation to Dismiss
C 07-4332 SBA                           1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: October 26, 2007					Respectfully submitted,

3 |								SCOTT N. SCHOOLS
								United States Attorney

								/s/
								MELANIE L. PROCTOR
								Assistant United States Attorney
								Attorneys for Defendants

								/s/
11 | Date: October 26, 2007				SHAH PEERALLY
								Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 10/26/07					*Saundra B Armstrong*
								SAUNDRA B. ARMSTRONG
								United States District Judge

Stipulation to Dismiss
C 07-4332 SBA					2