| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | MELANIE L. PROCTOR, CSBN 228971 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6730 |
| | FAX: (415) 436-6927 |
| 7 | |
| | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HASAN RAYYAN, | ) |
| | ) C 07-4332 SBA |
| Plaintiff, | ) |
| | ) **STIPULATION TO DISMISS; AND** |
| v. | ) **ORDER** |
| | ) |
| ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALEZ, Director of United States Citizenship and Immigration Service; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigations; CHRISTINA POULOS, Director of the California Service Center, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

///

///

Stipulation to Dismiss
C 07-4332 SBA             1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: October 26, 2007                    Respectfully submitted,

3 |                                             SCOTT N. SCHOOLS
                                                United States Attorney

4 |

5 |

6 |                                             ___/s/_____
                                                MELANIE L. PROCTOR
                                                Assistant United States Attorney
7 |                                             Attorneys for Defendants

8 |

9 |

10 |

11 | Date: October 26, 2007                     ___/s/_____
                                                SHAH PEERALLY
                                                Attorney for Plaintiff
12 |

13 |

14 |                               **ORDER**

15 |     Pursuant to stipulation, IT IS SO ORDERED.

16 |

17 |
     Date:  10/26/07                           _Saundra B Armstrong_____
18 |                                            SAUNDRA B. ARMSTRONG
                                                United States District Judge
19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Stipulation to Dismiss
C 07-4332 SBA                              2